UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SALAZAR, | Case No. LACV 19-8996-JAK (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| M.E. SPEARMAN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED:  May 31, 2022

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE